The Tuscarora Land and Improvement Company, Respondent, v. John C. Millar, Individually and as Executor, etc., of Polly J. Mentz, Deceased, and Fred Unger, Appellants.— Judgment affirmed, with costs. All concurred.

First National Bank of Eureka, Kansas, Appellant, v. Harry F. Spencer, Impleaded with Crandall Horse Company, Respondent.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the plaintiff had an equitable lien on the funds.

Joseph Oman, Respondent, v. Phœnix Bridge Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

Frank P. Burr, Respondent, v. Frank Lindsay, Appellant.— Judgment and order affirmed, with costs. All concurred.

Innocenzo Sabatino, Respondent, v. The Roebling Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the lowering of the elevator was a detail of the work, and that the notice of claim and evidence in support thereof were insufficient to establish negligent superintendence.

Almira Miller, Respondent, v. Grace E. Miller, Appellant.— Judgment affirmed, with costs. All concurred.

Arthur M. Pratt, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Frontier Electric Railway Company, Appellant, v. The City of North Tonawanda and Others, Respondents.— Order affirmed, with costs. All concurred.